**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00262-CV**
_____

**IN RE ALLSTATE INDEMNITY COMPANY**

**Original Proceeding**
**60th District Court of Jefferson County, Texas**
**Trial Cause No. B-200,159-A**

**MEMORANDUM OPINION**

Relator Allstate Indemnity Company filed a motion to dismiss this original proceeding. The motion is granted, and we dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on March 3, 2021
Opinion Delivered March 4, 2021

Before Golemon, C.J., Kreger and Horton, JJ.